STATE OF FLORIDA
COUNTY OF SEMINOLE

SWORN DECLARATION OF CARL FAUSTIN

I, **Carl Faustin**, being of full age, hereby declare the following based on personal knowledge:

1. I am a resident of Seminole County, Florida.

2. I have lived in Seminole County for over 20 years.

3. I do not have a home or permanent place to live. I sleep in public parks or other public places when I am unable to find alternative shelter.

4. I have been unable to find a permanent job because of my disabilities.

5. I spend most of my time around Fern Park in Seminole County because it is not too far from where I sometimes sleep. I am most familiar with this area.

6. I stand on sidewalks and medians, including some in public areas, and hold a sign requesting charity from cars stopped at the red light as they leave shopping centers. I've been holding my sign in this area for a little over one year.

7. I like to hold my sign in this area because there are many people around.

8. When I ask for help my sign usually reads "Homeless and hungry, God bless" or something similar.

9. When I ask for help I always want people to get the message that I need help and that I am hungry.

10. People will sometimes hand me food, water, hygiene products or clothing. Occasionally I receive cash.

11. I have been warned by Seminole County Sheriff's Deputies for holding my sign and asking for help. On one occasion around June 2023, Deputies drove by and

asked me to put away my stuff and move along and to not come back. They told me I cannot ask for help on the sidewalk.

12. In August 2023, a different Seminole County Sheriff's Deputy told me that I had to leave as well. This type of interaction with the Sheriff's Deputies has happened on multiple occasions, threatening to arrest me under the panhandling ordinance. They tell me I'm not allowed to be there.

13. In February 2024, the Seminole County Sheriff's Office trespassed me from the shopping plaza near where I stand and hold my sign. As a result, I have been forced to hold my sign outside of Seminole County. I'd like to be able to return.

14. I am in fear of the police arresting me or threatening me but asking for charity is sometimes the only way I can survive.

15. I have had to make myself less visible and go out less frequently to ask for charity out of fear of arrest. I tend to put my sign away for the day if I see a Sheriff's Deputy come by because I don't want to go to jail.

16. I feel like Seminole County and the Seminole County Sheriff's Office have negatively impacted my life with this panhandling ordinance. The fear of being arrested has resulted in a loss of income.

17. I believe I have a right to ask for charity from others, and that others should have a right to give charity to me or others should they wish to. I would like to continue asking for charity without risking arrest or mistreatment by the police.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on_____

*Carl Faustin* (signature)

Carl Faustin