STATE OF FLORIDA
COUNTY OF SEMINOLE

SWORN DECLARATION OF RODNEY WILSON

I, **Rodney Wilson**, being of full age, hereby declare the following based on personal knowledge:

1. I am a resident of Seminole County, Florida.

2. I have lived in Seminole County since 2022 and I've lived in Central Florida my entire life.

3. I do not have a home or permanent place to live. I sleep in public parks or other public places when I am unable to find alternative shelter.

4. I have been unable to find a permanent job because of my disabilities. I'm currently applying for SSI. I don't receive food stamps.

5. I regularly spend my time around Fern Park in Seminole County because it is not too far from where I sometimes sleep.

6. I always stand in public areas and hold a sign requesting charity from cars stopped at the red lights. I've been holding my sign in this area for almost two years. I like to hold my sign in this area because there is a lot of traffic in the thoroughfare.

7. When I hold my sign, I am either standing on the sidewalk or in the median.

8. When I ask for help my sign usually reads "Down today, Please help" or something similar.

9. I have learned to make my sign as small as possible because of the enforcement I have experienced. By using a very small sign, I can put it away if I see a Deputy in traffic. However, this makes it hard for passersby to see my sign.

10. When I ask for help I always want people to get the message that any form of support they could offer is helpful. Sometimes a simple hello helps me emotionally, spiritually, and mentally.

11. People will sometimes hand me food, water, hygiene products or clothing. Occasionally I receive cash.

12. I have been warned by Deputies with the Seminole County Sheriff for holding my sign and asking for help. In April 2024, a Deputy drove by and turned on his siren while saying over the loudspeaker that I needed to go.

13. On another occasion around the holiday's in 2023, a Deputy told me from his patrol vehicle that I needed to go and that if I was still there when he drove by again I would be in trouble. They usually threaten to arrest me for panhandling and say that I'm not allowed to ask for help with my sign in the County.

14. I would like to be able to verbally ask for help from pedestrians passing by.

15. I am in fear of the police arresting me or threatening me but asking for charity is something I need to do in order to survive.

16. I have had to make myself less visible and go out less frequently to ask for charity out of fear of arrest. I don't want to go to jail, it feels like I'm at the bottom of the totem pole. It's as if I've been villainized because I'm down on my luck.

17. I feel like Seminole County and the Seminole County Sheriff's Office have negatively impacted my life with this panhandling ordinance. The fear of being arrested has resulted in a loss of income.

18. I believe I have a right to ask for charity from others, and that others should have a right to give charity to me or others should they wish to. I would like to continue asking for charity without risking arrest or mistreatment by the police.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 23, 2024

*[signature]*

Rodney Wilson