| Summary of Arrests for Panhandling in Seminole County, Florida | | | | | | | |
|---|---|---|---|---|---|---|---|
| Based on arrest reports and court documents obtained from the Seminole County Court | | | | | | | |
| | | | | | | | |
| Total number of arrests and notices to appear for panhandling: | | | | | 130 | | |
| Total days in jail for panhandling charges: | | | | | 858 | | |
| Court costs assessed for panhandling charges: | | | | $ | 39,147.55 | | |
| | | | | | | | |
| | | | | | | | |
| Date of Incident | Court Case Number | Offense Name | Offense Statute, City/ County Ordinance | Disposition of Panhandling Charge | Jail Time for Panhandling Charge (days) | Court Costs | Summary of Incident |
| 5/20/2015 | 2015MM004760A | Aggressive panhandling on posted private property or public property | 2015-2232 | Adjudication Withheld | N/A | $263.00 | "[Officer] observed [Defendant] walking in the middle of the two straight lanes. [Defendant was] holding a cardboard sign and making eye contact with every driver as she passed them. As [Defendant] did this ... the light for the intersection turn[ed] green and traffic began to move. As traffic traffic moved they were forced to slow as they passed [Defendant] to avoid hitting her." |

| 10/7/2015 | 2015MM0 08847A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | "[Officer] observed [Defendant] standing on the sidewalk holding a sign. ... The sign stated 'Anything helps, God thank you bless.' ... [Defendant] walk[ed] towards a vehicle that was exiting the ramp.... The vehicle had a green arrow at the time. [Defendant] walked towards the vehicles drivers side. The vehicle to [sic] slowed and came to a complete stop just before the pedestrian crosswalk. This caused the vehicle traveling directly behind it to suddenly brake and swerve to avoid a colision. This caused several other vehicles, further back in the line, to brake hard to to avoid a collision. The driver rolled the window down and and handed [Defendant] money. [Defendant] was standing in a lane marked for vehicular traffic at the time. The traffic signal indicated a green arrow during the entire encounter." |
|---|---|---|---|---|---|---|---|

| 10/7/2015 | 2015MM0 08849A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | "Observed [Defendant] standing on the sidewalk holding a sign. The sign was designed to solicit money or something of value. [Defendant] walk[ed] towards a vehicle that was exiting the ramp.... The vehicle had a green arrow at the time. [Defendant] walked towards the vehicles drivers side. This caused the vehicle to slow and come to a complete stop on the pedestrian crosswalk. The driver rolled the window down. ... The driver of the vehicle handed money to [Defendant] and engaged in a short conversation. The driver of the vehicle then drove off through the still green arrow. This interfered and obstructing [sic] traffic flow." |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/14/2015 | 2015MM0 09082A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $363.00 | "Observed [Defendant] standing on the sidewalk holding a sign. ... The sign stated 'Homeless anything helps, God bless'. ... [Defendant] walk[ed] towards, and into the roadway, towards a vehicle that was exiting the ramp.... The vehicle had a green arrow at the time. [Defendant] walked towards the vehicles drivers side. The vehicle slowed and came to a complete stop just before the pedestrian crosswalk. This caused the vehicle traveling directly behind it to suddenly brake and swerve to avoid a collision. This caused other vehicles, further back in the line, to brake. The driver rolled the window down and handed [Defendant] money. [Defendant] was standing in a lane marked for vehicular traffic at the time. The driver of the vehicle then drove off after the transaction through the still green arrow. This interfered and obstructed traffic flow." |
| 2/4/2016 | 2016MM0 01118A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 14 | $363.00 | Defendant was standing on the sidewalk holding a sign asking for money. Officer observed him go off the sidewalk and onto the road to accept money from a vehicle during a green light. Officer said that this action obstructed traffic and arrested Defendant. |

| 2/5/2016 | 2016MM0 01179A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | N/A | $363.00 | Defendant was standing on the sidewalk holding a sign asking for money. The officer saw that and started observing him in an unmarked car. He noted some 20-second conversations that Defendant would have from the sidewalk to cars at the red light. He called it a disruption to traffic because "the car could have turned at the red light." He then saw Defendant talking (no goods were exchanged) with a car for 10 seconds during a green light and called it a disruption to traffic. He then arrested Defendant. |
|---|---|---|---|---|---|---|---|
| 2/10/2016 | 2016MM0 01287A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $363.00 | Defendant was sitting at the curb and approached cars asking for money. Officer observed him accepting money from a car during a green light. He then had to cross the road back to the curb while the light was green which the officer noted as "obstructing traffic." Officer then placed Defendant under arrest and noted that Defendant made obscene remarks while being transported to the correctional facility. |

| 2/11/2016 | 2016MM0 01314A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Officer observed Defendant standing on the median holding a sign asking for money. She occassionally would go out of the median into lanes of traffic to accept money. Officer reported that this obstructed traffic and proceeded to arrest the Defendant. The Defendant was "visibly pregnant" at the time. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2/16/2016 | 2016MM0 01457A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Officer and his partner observed two males, one being the Defendant arguing in the middle of an intersection. Officer's partner stated that he knew the Defendant panhandled in the past. Officer then arrested the Defendant for panhandling based solely on his partner's words. Defendant was not observed to be pahandling at the time. (Note: arrested alongside co-Defendant.) |
| 2/16/2016 | 2016MM0 01493A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Dropped/ Abandoned | N/A | N/A | Officer and his partner observed two males, one being the Defendant arguing in the middle of an intersection. Officer's partner stated that he knew the Defendant panhandled in the past. Officer then arrested the Defendant for panhandling based solely on his partner's words. Defendant was not observed to be pahandling at the time. (Note: arrested alongside co-Defendant.) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/29/2016 | 2016MM0 01829A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $313.00 | Deputy responded to panhandling report that was called in. When he arrived, he witnessed the Defendant hitting the crosswalk button to cross the road holding a sign asking for money. Officer said this caused the light to turn red during an afternoon rush and was obstructing traffic. He also stepped into the road during a green light to accept money. Deputy then arrested Defendant. |
| 3/10/2016 | 2016MM0 02164A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 14 | $363.00 | Officer observed Defendant standing on the sidewalk holding a sign asking for money while officer was stopped at a red light. He then observed Defendant step off the sidewalk to accept money during a green light. He subsequently arrested the Defendant. |
| 3/20/2016 | 2016MM0 02413A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Officer observed Defendant standing on the sidewalk of the intersection holding a sign to ask for money. Defendant stepped off of the intersection and onto traffic during a green light to accept money. Officer arrested him for panhandling because it impeded traffic. |

| 5/1/2016 | 2016MM0 03697A | Aggressive panhandling on posted private property or public property<br><br>Possession of Open Container | 2015-2 232 | Adjudicated Guilty | 15 | $363.00 | "Observed [Defendant] ... standing in the median holding a cardboard sign requesting for money." Later, "observed the turn lanes ... get a green traffic signal and begin to turn. [Officer] watched as [Defendant] stepped out into traffic and retrieve money from a white passenger vehicle. While she was doing this three vehicles behind the white vehicle were forced to stop suddenly. The vehicle directly behind the white passenger car honked its horn and the [Defendant] turned and made an obscene gesture towards the driver." |
|---|---|---|---|---|---|---|---|
| 7/10/2016 | 2016MM0 05905A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | "Observed [Defendant] panhandling in the median of this intersection. [Defendant] continued walking north and south in the median requesting donations. ... [Defendant] had a sign stating 'HOMELESS'." "Observed [Defendant] enter the middle of the roadway approximately 2-4 car lengths back from the stop bar. [Defendant] continued to a dark colored pickup truck three lanes over from the median. The driver gave [Defendant] five dollars in singles U.S. currency. [Defendant] continued to walk in between vehicles returning to the median." |

| 7/19/2016 | 2016MM0 06214A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | Officer observed Defendant walking up and down the median of the intersection asking for money. He noted that he approached several vehicles to ask for money while the light was red. He then arrested the Defendant because he deemed it an obstruction to traffic. |
|---|---|---|---|---|---|---|---|
| 8/7/2016 | 2016MM0 06943A | Soliciting without Permit & panhandling | N/A | Adjudication Withheld | N/A | $263.00 | No narrative listed on the citation. |
| 9/3/2016 | 2016MM0 07641A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 1 | $213.00 | Officer observed Defendant walking down the sidewalk holding a cardboard sign that asked for money. He then observed Defendant leave the sidewalk and go into the road to accept money. Officer subsequently arrested the Defendant. |
| 9/4/2016 | 2016MM0 07663A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 1 | $363.00 | Officer observed Defendant holding sign on the median reading "injured not lazy." Defendant then crossed over two lanes to accept money from a car. Officer noted that it was panhandling which impeded traffic. He then proceeded to arrest the Defendant. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/18/2016 | 2016MM0 08034A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Officer observed Defendant holding a sign on the median saying "homeless and hungry." He then observed Defendant crossing the roadway while the light was green. Defendant was subsequently arrested. |
| 10/24/2016 | 2016MM0 09060A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | Officer observed Defendant walking in between lanes of traffic asking for money while the light was red. He then paused to accept something from a car when the light turned green. Officer determined this was obstructing traffic and arrested the Defendant. Also stated that he had warned the Defendant against doing this in prior incidents |
| 11/3/2016 | 2016MM0 09323A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Officer observed Defendant standing on sidewalk holding a sign asking for money. He then "positioned himself" to observe in an unmarked vehicle. After a while, he saw the Defendant go from the sidewalk onto the road to accept money and then go on the median during the green light. He deemed this an obstruction of traffic and arrested the Defendant. |

| 11/17/2016 | 2016MM009719A | Aggressive panhandling on posted private property or public property | 2015-2232 | Adjudicated Guilty | 2 | $363.00 | Officer saw Defendant on the sidewalk holding a sign that stated "hungry." He then sat in an unmarked car and observed her accept food from cars. On one occasion she accepted some food from the crosswalk at the red light but the light turned green as she went back to the sidewalk. Officer then arrested Defendant for "obstructing traffic." |
|---|---|---|---|---|---|---|---|
| 1/10/2017 | 2017MM000288A | Aggressive panhandling on posted private property or public property | 2015-2232 | Adjudicated Guilty | 2 | $363.00 | The officer observed the Defendant running towards a stopped vehicle. The Defendant noticed the officer but continued walking towards the vehicle. The Defendant approached the passenger side window and leaned into retrieve items. Vehicles had to perform evasive actions to avoid the stopped vehicle. The officer yelled at the Defendant to sit on the sidewalk and he was placed under arrest. A folded sign was found on the Defendant's person that read "HOMELESS, HUNGRY, GOD BLESS". |

| 1/18/2017 | 2017MM0 00516A | Aggressive panhandling | 232.3 | Adjudicated Guilty | 1 | $263.00 | The officer observed the Defendant holding a sign and standing in front of a vehicle that was stopped at a light. The Defendant saw the officer and began walking towards the officer. The officer told the Defendant that she was in violation of county ordinances and gave her a lawful order to stop panhandling. The Defendant was previously given lawful orders to stop panhandling. The Defendant was placed under arrest. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2/15/2017 | 2017MM0 01318A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer observed that the traffic light was turning red at an unusual rate. The officer observed the Defendant pressing the pedestrian button at the intersection to cause the traffic to stop. Then, the Defendant would walk down the road holding a sign to solicit money. The Defendant was observed obtaining money four times using this method. The Defendant was placed under arrest. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/10/2017 | 2017MM0 02091A | Aggressive panhandling on posted private property or public property<br><br>Possession of marijuana | 2015-2 232 | Adjudicated Guilty | 56 | $363.00 | The officer observed the Defendant at the intersection and walking towrds a stopped vehicle. The Defendant engaged in communication with the occupants before leaving. The officer approached the Defendant and noticed him holding a sign that stated "Thank you scumbags for watching me slowly die". The Defendant noted that he did engage in conversation with the occupants but denied receiving any money. The Defendant was placed under arrest. Spice and marijuana was found on the Defendant's person. |
| 3/26/2017 | 2017MM0 02494A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer observed the Defendant in the middle of the roadway engaging in communication with the occupant of a stopped vehicle. The officer was familiar with the Defendant. Traffic was backed up behind the stopped vehicle. The officer approached the Defendant and was placed under arrest. The Defendant made suicidal statements while she was being arrested. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/27/2017 | 2017MM0 02563A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant pacing up and down a sidewalk while holding a sign. Upon returning fifteen minutes later, the officer saw the same Defendant stop off the sidewalk and into the street to converse with the occupant of a stopped vehicle. The conversation continued even as the light turned green. The conversation eventually ended and the Defendant moved back to the sidewalk. The officer approached the Defendant and placed him under arrest. A pipe with burnt residue and a sealed ziploc bag was found on his person. |
| 4/2/2017 | 2017MM0 02706A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 60 | $263.00 | The officer observed the Defendant stepping into the roadway while holding a sign. Several vehicles had to break due to his action. The Defendant took off running after seeing the officer's patrol vehicle. The officer yelled at the Defendant to stop running, eventually catching the Defendant. The Defendant struggled as the officer attempted to cuff him. The Defendant was finally handcuffed and transported to jail. |

| 4/14/2017 | 2017MM0 03137A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 27 | $263.00 | The officer observed the Defendant standing on a sidewalk and holding a sign that said "homeless". The Defendant reached out to a stopped vehicle and retrieve something from the vehicle. This action occurred during a green light. The Defendant was placed under arrest. |
|---|---|---|---|---|---|---|---|
| 5/26/2017 | 2017MM0 04612A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | | $263.00 | The officer observed the Defendant standing on the curb holding a sign asking for money. The Defendant talked with a driver, walked behind the vehicle to make her way to the middle of the road. The light turned green and cars started passing the Defendant as she made her way back to the curb. The Defendant was placed under arrest |
| 5/27/2017 | 2017MM0 04631A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $363.00 | The officer observed the Defendant obstructing traffic while attempting to get money from an unknown subject. The officer recognized the Defendant as a habitual panhandler, and he knew that the Defendant had been previously warned. The Defendant was placed under arrest. |

| 5/27/2017 | 2017MM0 04639A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 4 | $263.00 | The officer observed the Defendant standing on the corner of the intersection with a sign that read "hungry, homeless". A mini-wan stopped at the intersection while there was a green light, hindering three vehicles behind it. The officer made contact with the Defendant, and the Defendant admitted that he received money from the van. The Defendant had been previously warned for panhandling. The Defendant was placed under arrest. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6/3/2017 | 2017MM0 04827A | Aggressive panhandling on posted private property or public property

Use or Possession of Drug Paraphernal ia | 2015-2 232 | Adjudicated Guilty | 26 | $50.00 | The officer observed the Defendant standing on the media holding a homemade sign that asked for money. The Defendant stepped off the median to approach a stopped pickup truck while other cars were actively approaching the intersection. The officer approached the Defendant out of concern for a potential injury. The Defendant noted that he had been previously warned. The Defendant was placed under arrest. A glass pipe was found on his person, and a field test kit for cocaine returned positive for the presence of cocaine in the pipe. |

| 6/19/2017 | 2017MM0 05345A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant standing at the corner of the intersection who appeared to be holding a sign and panhandling. The Defendant enter traffic and approach a car, obtaining an unknown item from the vehicle's occupant. The officer approached the Defendant who began walking away briskly. The Defendant was placed under arrest. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6/24/2017 | 2017MM0 06017A | Aggressive panhandling on posted private property or public property <br><br> Possession of paraphernalia | 2015-2 232 | Adjudicated Guilty | 19 | $213 (for the drug paraphernalia charge) | The officer observed the defendant Defendant the roadway multiple times. The Defendant was standing on the median while holding a sign. The Defendant entered the roadway to approach stopped vehicles. The Defendant would also step into traffic, forcing vehicles to forcefully brake as to avoid hitting him. The officer began approaching the Defendant, prompting the Defendant to begin walking away. The Defendant dropped his backpack along the way before the officer stopped the Defendant in a parking lot. The Defendant was placed under arrest. Syringes that tested positive for cocaine was found in the Defendant's backpack. |

| 8/5/2017 | 2017MM0 06884A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant standing between two left turn lanes. The Defendant was holding a sign and reaching into the passenger window of a stopped car. The Defendant noted the police car and began walking towards several lanes to reach the sidewalk. The officer made contact with the officer, and the field training deputy noted that the Defendant was previously warned about panhandling. The Defendant was placed under arrest. |
|---|---|---|---|---|---|---|---|
| 8/7/2017 | 2017MM0 06898A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudication Withheld | 12 | $363.00 | The officer observed the Defendant on the sidewalk holding a sign to elicit money and goods from passerbys. The officer observed the Defendant from the parking lot of a CVS Pharmacy. The officer observed the Defendant leave the sidewalk to retrieve a water bottle from the passenger window of a car during a green light. The Defendant later received money from another driver. The Defendant was placed under arrest. (The Defendant was also placed under arrest for trespass). |
| 8/13/2017 | 2017MM0 07061A | Arrestable - Aggressive panhandling | 2015-2 232 | Adjudicated Guilty | 5 | $363.00 | The Defendant was standing on the grass partition between the sidewalk and the paved road. The Defendant stepped from the partition and accetped a gratuity from a passing car. The halted car slowed the flow of traffic. The Defendant was arrested. |

| 8/30/2017 | 2017MM0 07616A | Arrestable - Aggressive panhandling | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant standing at the corner of the intersection while holding a sign. The Defendant ran into traffic while holding the sign to solicit the occupant of a stopped vehicle. The Defendant received a one dollar bill from the occupant. While the Defendant was in the roadway, the light had turned from green to red. The Defendant was placed under arrest. |
|---|---|---|---|---|---|---|---|
| 9/5/2017 | 2017MM0 08081A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 13 | $363.00 | The officer was enroute to a traffic crash when he observed the Defendant, who was already known to him, walking back and forth in traffic holding a sign to elicit donations from passing vehicles. The Defendant continued to solicit after making eye contact with the officer. The officer returned to the intersection one and a half hours later to see the Defendant still walking on the sidewalk with a sign. The Defendant began harassing the officer, telling the officer he would "whoop your ass" if he was placed under arrest. The Defendant was placed under arrest. |

| 9/9/2017 | 2017MM0 07915A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 11 | $363.00 | The officer observed the Defendant holding a sign near the intersection. A vehicle stopped the flow of traffic at a green light to wave down the Defendant so that the Defendant could receive money from the driver. The Defendant was placed under arrest. |
|---|---|---|---|---|---|---|---|
| 9/18/2017 | 2017MM0 08062A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 16 | $263.00 | THe officer observed the Defendant enter the roadway, cross three lanes of traffic, and obtain money from the occupant of a stopped vehicle. The Defendant was still in the roadway when the light turned green. The Defendant was placed under arrest. |
| 9/28/2017 | 2017MM0 08408A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $263.00 | The officer observed the Defendant standing on the median of the intersection holding a sign which stated that he was homeless and asking for money. The Defendant stepped into a left turn lane at a green light to obtain a one dollar bill from a stopped vehicle. The Defendant impeded the normal flow of traffic. The Defendant was placed under arrest. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/1/2017 | 2017MM0 08437A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant sitting on the grassy area of the exit ramp holding a sign that read "Homeless Need Help God Bless". The Defendant ran into the left turn lane of the exit ramp to obtain an object from a stopped vehicle. The traffic light was green at the time. The Defendant was placed under arrest. The Defendant had $17 in one dollar bills on his person. The property was left to the Defendant's wife. |
| 10/14/2017 | 2017MM0 08928A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 35 | $363.00 | The officer observed the Defendant stand on the west shoulder of the I-4 exit ramp holding a sign. The Defendant stepped into the left turn lane to solicit money from a stopped vehicle during a green light. The Defendant performed this action again during a green light. The Defendant was placed under arrest. |
| 10/28/2017 | 2017MM0 09365A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 7 | $363.00 | The officer observed the Defendant standing in the raised median holding a sign. The Defendant stepped into the road and walked between cars while holding the sign. The light turned green and the Defendant had to walk across lanes of traffic back to the median, thus impeding the flow of traffic. The Defendant had previously walked to several vehicles and collected money from the motorists. The Defendant was placed under arrest. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/24/2017 | 2017MM0 10161A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 4 | $439.30 | The officer observed the Defendant panhandling at the intersection. The officer ordered the Defendant to turn around and place his hands behind his back. The officer grabbed the Defendant's hands, and the Defendant started tensing his arm. While the officer walked the Defendant to the patrol vehicle, the Defendant pretended to have a limp in his left foot and started trying to fall down. The Defendant's entire body then went limp and pretended to fall asleep on the sidewalk. The Defendant stopped pretending to be asleep when back up deputies arrived. |
| 11/25/2017 | 2017MM0 10181A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant standing on the grassy area at the intersection. The Defendant was holding a sign that stated "HOMELESS ANYTHING HELPS HAPPY THANKSGIVING GOD BLESS". THe Defendant walked in front of multiple cars while holding his sign. The Defendant received a donation from a stopped vehicle while the light was green at the intersection. The Defendant was placed under arrest. The Defendant's possessions were collected by a male who arrived on the scene. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/8/2017 | 2017MM0 10614A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 4 | $263.00 | The officer observed the Defendant (already known to the officer) standing near a concretepole holding a sign. The Defendant was on the sidewalk and began walking back and forth as the light turned red at the intersection. The Defendant had a sign and obtained something from the driver of a stopped car during a break in traffic. The Defendant obtained another donation from a stopped vehicle while the officer was concurrently writing the Defendant a citation for panhandling. The Defendant was placed under arrest. |
| 12/9/2017 | 2017MM0 10624A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 15 | $363.00 | The officer observed the Defendant standing on a corner holding a sign. The Defendant would stop at each vehicle and look inside to see if he would receive money. The Defendant obtained some currency from a stopped vehicle. The vehicles in front of the stopped vehicle had already proceeded to turn right. The Defendant was placed under arrest. |
| 12/15/2017 | 2017MM0 10859A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $263.00 | The officer observed the Defendant walking down the sidewalk holding a brown sign. The light at the intersection was green when the Defendant stepped off of the sidewalk and into the roadway to retrieve money from a stopped vehicle. The Defendant was placed under arrest. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | 2017MM0 10896A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant (already known to him) standing near a concrete pole holding a sign. The Defendant was on the sidewalk then stepped into the roadway to take domething from a driver of a stopped car. The Defendant was impeding traffic because several people were attempting to turn right on red. The Defendant was placed under arrest. |
| 12/23/2017 | 2017MM0 11136A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed the Defendant near a concrete pole holding a sign while on the off ramp. The Defendant entered the off ramp to receive money from a vehicle that had to slow abruptly in order to hand the Defendant the money. The Defendant was placed under arrest. |
| 1/2/2018 | 2018MM0 00054A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Dropped/ Abandoned | N/A | N/A | The officer was parked at the intersection to "observe a suspected panhandler" and saw Defendant holding a sign soliciting money on the sidewalk. He stepped into the roadway which interfered with the flow of traffic. He was talking to a driver while in the roadway further preventing the flow of traffic. |

| 1/5/2018 | 2018MM0 00199A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 5 | $263.00 | The officer responded to a panhandler causing a disturbance in the roadway. He saw Defendant standing in the roadway soliciting from the drivers. Defendant became irate when a motorist denied him and called him an "asshole." The motorist called 911 and made a complaint. Also, the left turn arrow was green and Defendant was obstructing traffic. |
|---|---|---|---|---|---|---|---|
| 1/15/2018 | 2018MM0 00416A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | "[Defendant] was holding a sign that stated 'HOMELESS, HUNGRY NAD COLD TOO! NO FOOD NO FAMILY NEED SOME HELP! THANK YOU $ GOD BLESS YOU'." "Observed [Defendant] walk into the right turn lane ... to solicit a subject in a white passenger car. The traffic light was solid green.... While [Defendant] was standing in front of the white vehicle soliciting to the subject, there was multiple other vehicles behind the white vehicle who could not continue their normal traffic pattern and were clearly impeded by the actions of [Defendant]." |

| 1/24/2018 | 2018MM0 00787A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $313.00 | The officer observed Defendant standing in the roadway on the exit ramp of the 417 soliciting money with a sign that says "HOMELESS ANYTHING HELPS GOD BLESS." The officer passed Defendant 4-6 times and saw him pressing the pedestrian crosswalk button to obstruct the flow of traffic. He was in the roadway while the light was green as well and prevent cars from going through before it turned red again. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/29/2018 | 2018MM0 00904A | Aggressive panhandling on posted private property or public property Trespassing-fail to leave property upon order by owner. | 2015-2 232 810.09 2b | Adjudicated Guilty | 5 | $263.00 | The office recognized Defendant from the previous encounter and observed him walking between lanes, yelling at cars to give him money. Defendant saw the officer and he folded his sign and went into a KFC. The officer had to respond to another call, but after he went back to where he saw Defendant. He found him outside of a liquor store and the owner of that store said he had asked Defendant to leave multiple times because he was asking customers for money. |

| 3/27/2018 | 2018MM0 02688A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The office was patrolling the area and observed Defendant standing on the sidewalk holding a sign that said "HOMELESS HUNGRY GOD BLESS." The officer conducted surveillance on Defendant while in a parking lot across the street. He observed Defendant walk into the right turn lane and impede traffic to solicit from a car. The light was green, so the cars behind could not go. Defendant returned to the sidewalk with the 1 dollar he received. When the officer approached him, he admitted to stepping into the roadway to solicit money. |
|---|---|---|---|---|---|---|---|
| 3/30/2018 | 2018MM0 02821A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 8 | $313.00 | Defendant was standing on the sidewalk of Howell Branch Rd. panhandling with a sign. The officer observed him entering the roadway to solicit vehicles, obstructing traffic in the right-turn lane when the light was green. When Defendant saw the marked patrol car he ran to his bike, but the officer pulled him over. At first, he denied panhandling, but eventually, he agreed that he was, but didn't step into the road. |

| 4/3/2018 | 2018MM0 02883A | Resist Officer-Obstruct WO Violence Aggressive panhandling on posted private or public property | 843.02 2015-2 232 | Adjudicated Guilty | 2 | $415.60 (for resisting charge) | The officer observed Defendant standing on the sidewalk near the intersection holding a sign that read "HAVE A NICE DAY" to solicit money or goods from people passing on the roadway. The officer parked across the street and observed Defendant walking up and down the sidewalk. He observed him walk into the grass and then approach a vehicle that slowed to a stop in the right turn lane which held up traffic. When the officer arrested him he tried to avoid being cuffed, but ended up reluctantly giving in. |
|---|---|---|---|---|---|---|---|
| 4/3/2018 | 2018MM0 02890A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer observed Defendant standing on the sidewalk near the intersection holding a two-sided sign that said "Homeless Anything is a blessing" to solicit money or goods from the people passing on the roadway. The officer positioned himself in a parking lot across the street and observed her walk up and down the sidewalk. She then entered and crossed the roadway illegally to receive money. Traffic was obstructed, so the officer placed her under arrest. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/8/2018 | 2018MM003022A | Aggressive panhandling on posted private or public property | 2015-2232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant standing at the intersection holding a sign. A car came to a complete stop to give him money even though they had a green light, thus obstructing traffic. Other vehicles had to brake or change lanes to avoid a crash. Defendant had left the sidewalk and stepped into the roadway to retrieve money from the vehicle. Defendant had been previously warned by another officer. |
| 4/30/2018 | 2018MM003710A | Aggressive panhandling on posted private or public property | 2015-2232 | Adjudicated Guilty | 2 | $263.00 | Another deputy made contact with Defendant, who was observed going in and out of traffic requesting funds. He was obstructing traffic by standing in the street in front of vehicles and jumping in front of cyclists causing them to veer off the side. He wouldn't let motorists pass until they gave him money. |
| 5/5/2018 | 2018MM003876A | Aggressive panhandling on posted private or public property | 2015-2232 | Adjudicated Guilty | 3 | $263.00 | The officer observed Defendant enter traffic to retrieve an item from a vehicle that was stopped in the southbound lane of Oviedo Blvd to cross Red Bug Lake Rd. The car could've turned right when it stopped for her. |

| 5/26/2018 | 2018MM0 04536A | Aggressive panhandling on posted private or public property Drug equip- possess- and/or use | 2015-2 232 893.147 1 | Adjudicated Guilty | 13 | $439.30 | Defendant ran into the roadway, not on a crosswalk, but roughly 15 feet from one, and obstructed traffic while collecting money. He ran into the path of a red sports utility vehicle, which had to hit its brakes to avoid collision. Defendant also had a sign and a red bag that had drugs and drug paraphernalia. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6/22/2018 | 2018MM0 05342A | Aggressive panhandling on posted private or public property | 2015-2 232 | Dropped/ Abandoned | N/A | N/A | There was a panhandling complaint and when the officer arrived at the area he observed Defendant standing in the roadway with a cardboard sign that read "HOMELESS VET GOD BLESS." The officer parked his patrol vehicle and continued to observe Defendant, who accepted money from a car and then walked toward oncoming cars, impeding traffic. |

| 7/8/2018 | 2018MM0 05752A | Resist Officer-Obstruct WO Violence Aggressive panhandling on posted private or public property Public Order Crimes-Obstruction of Public Streets WO Permit | 843.02 2015-2 232 316.204 5 2 | Adjudicated Guilty | 13 | $553.70 (for resisting charge) | The officer observed Defendant walking in the middle of the roadway with a sign. He walked in front of multiple cars and requested money. Defendant is known to panhandle at this location and has been arrested multiple times. Another officer had previously seen Defendant walking in between vehicles as lights were changing and temporarily obstructing traffic. When the officer called him over Defendant said, "f*ck yourself. I ain't coming near your vehicle you cracker cop" and refused to put his hands behind his back. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 7/16/2018 | 2018MM0 06000A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer noticed Defendant panhandling to traffic, walking up to cars, and conversing with occupants. A vehicle she approached was in the right turn lane with two vehicles behind that were attempting to make a right turn, along with the car she was talking to, therefore she was impeding traffic. The officer was in an unmarked patrol car without a prisoner transport system, so he called Deputy Astor to arrest Defendant. |

| 7/16/2018 | 2018MM0 06006A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | Two officers were conducting covert surveillance on several panhandlers in the area because there had been multiple complaints. They observed Defendant stop a car while the light was green, impeding traffic for the roughly 7 cars behind and causing them to have to break to avoid collision. Defendant recieved a donation of an unknown amount from the car. |
| 7/17/2018 | 2018MM0 06043A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer was on patrol and saw Defendant walking up and down the median of the 417 exit ramps. She was holding a sign soliciting money. He warned her not to step into the street when a car stopped and rolled the window down. She began to walk away, but then the officer saw her in his side mirror, walking up to the car and obstructing the flow of traffic for 5 cars behind it. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/17/2018 | 2018MM0 06046A | Aggressive panhandling on posted private or public property Obstruction of public streets WO permit for solitication | 2015-2 232 316.204 5 2 | Adjudicated Guilty | 2 | $363.00 | The officer was in a store and observed Defendant standing in the median of SR 436. Defendant was walking up and down the median, running into the flow of traffic as vehicles slowed down for a red light. He would run up to car windows and knock. He repeatedly obstructed traffic when the light turned green because he was still in the lane of travel talking to people in their cars. This went through several cycles. When the officer talked to him he said he was soliciting for cigarettes. |
| 7/18/2018 | 2018MM0 06083A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer observed Defendant holding a yellow sign at the intersection. An SUV pulled up to the intersection and held out an unknown amount of money. Defendant then entered the roadway and took the money. The SUV and two subsequent vehicles were attempting to make a right turn, therefore Defendant was obstructing traffic until he left the roadway. |
| 7/19/2018 | 2018MM0 06118A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer had recognized Defendant from previous encounters. Defendant was panhandling on the SR 426 off ramp and approached a minivan that stopped in traffic to hand him money. This caused an interference with the flow of traffic for approximately 7 vehicles, causing them to break and avoid collision. |

| 7/28/2018 | 2018MM0 06409A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | Not listed | $263.00 | Defendant was standing on the off ramp for SR 417 holding a sign when the officer saw him. He then approached a car accepted an unknown object from it when it was was exiting under a green arrow. When the car stopped, the cars behind it had to stop as well, interrupting the flow of traffic. |
| 7/29/2018 | 2018MM0 06354A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 32 | $363.00 | Defendant was flying a yellow sign at the intersection and a black semi truck approached the intersection to make a right turn. Defendant walked into the roadway to go up to the truck and obtained money from the passenger. This impeded the flow of traffic. When he left the roadway the truck turned right. |
| 8/13/2018 | 2018MM0 06850A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer was conducting covert surveillence at the intersection and observed Defendant standing on the north sidewalk panhandling with a sign. A vehicle approached in the right lane and stopped, rather than turning. Defendant approached the vehicle by stepping into the roadway and collected an item from the vehicle, preventing traffic from flowing freely. Once the vehicle continued and Defendant returned to the sidewalk, the traffic was able to flow freely. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/22/2018 | 2018MM0 07131A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 5 | $363.00 | The officer observed Defendant step into the lane of traffic, while the light was green, from the center median to collect money from a vehicle about 3 cars ahead of the officer. There two cars between them could not continue their normal traffic pattern while she was in the road and when she stepped back onto the median the light turned red. |
| 8/24/2018 | 2018MM0 07232A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer had responded to the area to conduct a well-being check on a female asking for money. He found Defendant there holding a brown sign. She was walking across two lanes of travel to collect money from a vehicle.The light turned green and she was still in the roadway, causing traffic to stop/slow, not allowing it to flow freely, until she returned to the sidewalk. |
| 9/25/2018 | 2018MM0 08229A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer observed Defendant holding a white sign at the intersection. A yellow car pulled up and held out money. Defendant entered the roadway and took the money from the vehicle. The car, and the following cars, were attempting to turn right and could not do so until Defendant returned to the sidewalk. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/28/2018 | 2018MM0 08342A | Aggressive panhandling hindering traffic | 2015-2 232 | Adjudicated Guilty | 14 | $439.30 | Defendant was observed by the officer walking across four lanes of travel. He was hindering traffic when he walked from the median to the sidewalk and when he was on the mediann he was soliticing for money. |
| 9/29/2018 | 2018MM0 08362A | Aggressive panhandling on posted private property or public property. | 2015-2 232 | Adjudicated Guilty | 26 | $363.00 | The officer observed a car pull up, in the right turn lane, next to Defendant and two following vehicles were forced to stop behind it. They would have been free to turn right otherwise. Defendant walked up to the car and then recieved an unknown amount of money from the driver. Then, the vehicle drove off and the other cars were able to proceed. |
| 10/2/2018 | 2018MM0 08870A | Aggressive Panhandling on posted private property or public property. | 2015-2 232 | Adjudicated Guilty | 31 | $313.00 | The officer observed Defendant standing on the median with a sign soliciting donations. Defendant quickly tried to cross the street and cars had to go out of their way to avoid him. |

| 10/20/2018 | 2018MM0 08991A | Aggressive panhandling on posted private or public property. | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant holding a sign at the intersection. An SUV pulled up and held an unknown monetary amount out the window. Defendant entered the roadway and took the money. This happened in a right turn lane and several vehicles behind the SUV that were attempting to turn. Once Defendant returned to the sidewalk, traffic flowed freely again. |
|---|---|---|---|---|---|---|---|
| 10/21/2018 | 2018MM0 08998A | Aggressive panhandling on posted privage or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer was responding to panhandling complaints and observed Defendant, who he had previously interacted with, throwing her hands up at vehicles that did not give her money. She stepped into the road to approach a vehicle during a green light and held up vehicles. The officer also noticed, upon approach, that she was holding a sign that said "Please help with anything" |
| 11/17/2018 | 2018MM0 09890A | Aggressive panhandling on posted public property or private property | 2015-2 232 | Adjudication Withheld | N/A | $263.00 | The officer observed Defendant standing at the intersection, leaninf against a concrete light pole. He was holding a sign that read "struggling thank you for any help" to solicit donations. Then, Defendant entered the roadway and approached a stopped vehicle in the right turn lane and accepted something from a passenger. All of the lanes had a green light, so Defendant was obstructing the flow of traffic. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/18/2018 | 2018MM0 09839A | Aggressive panhandling on posted private or public property | 2015-2 232 | Adjudicated Guilty | 11 | $263.00 | The officer observed Defendant, along with co-Defendant (below), sitting on the median. Defendant then entered the roadway to retrieve money from a vehicle while the light for that lane was green and the traffic behind could not proceed. |
| 11/18/2018 | 2018MM0 09848A | Aggressive panhandling on posted private property or public property. | 2015-2 232 | Adjudication Withheld | N/A | $363.00 | The officer saw Defendant sitting on the median playing the banjo. He stopped playing and approached a vehicle in the left turn lane to solicit money while the light was green, preventing vehicles from proceeding. |
| 12/16/2018 | 2018MM0 10726A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant standing at the corner of the intersection holding a sign. A vehicle approached the intersection in the right turn lane. The occupant rolled down their window and handed money to Defendant, who had now left the sidewalk area and therefore congesting traffic. When Defendant went back onto the sidewalk, the traffic was able to flow freely again. |

| 1/12/2019 | 2019MM0 00475A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 5 | $363.00 | "Observed the defendant walking ... in-between lanes of traffic on US Highway 17-92. The defendant was peering into vehicles and appeared to be attempting to demand or solicit money from drivers. The defendant remained in traffic as traffic continued to move and caused an obstruction as the traffic light turned green." |
|---|---|---|---|---|---|---|---|
| 1/19/2019 | 2019MM0 00757A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 6 | $363.00 | Defendant had been reported more than once for yelling at cars and people passing by. A third party said that Defendant does so because he makes more money that way. The officer said he had warned Defendant about this on a prior call. |
| 1/26/2019 | 2019MM0 00960A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 5 | $301.15 | Defendant was standing at the entrance of a Winn Dixie, holding a sign and soliciting from drivers. She made contact with a driver at an intersection and caused a disturbance of the traffic flow, upsetting several drivers. |

| 2/1/2019 | 2019MM0 01169A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 27 | $263.00 | Defendant was observed at the intersection of SR 426 and Deep Lake Rd holding a sign. A white car pulled up to the intersection and held money out of the window. Defendant entered the roadway and took the money. The car, as well as several cars behind, was attempting to make a right turn, which was delayed by the interaction. The flow of traffic was disrupted, but when Defendant returned to the sidewalk traffic was able to flow freely. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2/19/2019 | 2019MM0 01742A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Defendant was walking in the middle of the roadway with a sign soliciting money. Defendant was blocking the flow of traffic when the left turning lane light turned green. It became congested and once Defendant exited the roadway and went back onto the sidewalk the traffic was flowing freely again. |
| 3/26/2019 | 2019MM0 02851A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 4 | $401.15 | Defendant was standing on the center median. He entered traffic to collect something from a car in the left turn lane. The officer did a U-turn and Defendant collected his belongings and crossed the traffic. The officer stopped him and informed him of the reason for his approach. Defendant explained he was panhandling in the center median, left to catch a bus, and was out on bond for a possession charge. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/13/2019 | 2019MM0 03439A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 11 | $363.00 | Defendant was holding a sign at the intersection. A person in a red car pulled up to him and handed him an unknown monetary amount after he approached. This prevented the free flow of traffic for those trying to make a right turn. The traffic was alleviated when he returned to the sidewalk. |
| 4/21/2019 | 2019MM0 03590A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | "Saw [Defendant] walking in the center, raised, median holding a sign. ... [Defendant] reached over and retrieved a donation that caused the traffic behind her to stop. The light was green and there were about 4-5 car lengths in front of the Samaritan and the cars behind were held up by the transaction." |
| 4/27/2019 | 2019MM0 03878A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 7 | $263.00 | Defendant was observed holding a white sign at the intersection. A black SUV stopped and gave him money, which he entered the roadway to accept, disrupting traffic. Once he turned they were able to turn right and traffic flowed freely. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/28/2019 | 2019MM0 03852A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant holding a sign at the intersection. Three separate times a car held out money and Defendant entered the roadway and collected it which disrupted the flow of traffic. Another man approached Defendant and they both got in a car and drove away, but failed to stop in front of a stop bar. The other man, the driver, was given a citation and Defendant was arrested. |
| 4/28/2019 | 2019MM0 03855A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | | $263.00 | The officer had previously seen Defendant panhandling on the median and warned him. Two days later he recognized him and observed him accepting money from drivers on the median again. |
| 5/2/2019 | 2019MM0 04031A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant walk onto the center median at the intersection. He entered the roadway to collect money from a car in the left lane, delaying those making a left turn. When the officer approached, Defendant tried to walk away, but the officer caught up to him and he confessed to panhandling on the median and accepting money from a vehicle causing road obstruction. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/6/2019 | 2019MM0 04131A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 12 | $363.00 | The officer recognized Defendant from the 4/28 incident as the man panhandling on the center median at the intersection. He explained that the center median is not a pedestrian walkway and arrested him because he had been previously warned about panhandling there. |
| 5/15/2019 | 2019MM0 04400A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 3 | $363.00 | Defendant was observed on the center median, holding a cardboard sign, and began walking away from the area. The officer used their PA system to tell him to meet him in a parking lot where Defendant then admitted to panhandling from the center median and accepting money from vehicles causing a road obstruction. |
| 5/20/2019 | 2019MM0 04528A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 15 | $263.00 | Defendant had been involved in previous incidents with the same officer, so when the officer saw him panhandling on the center median at this location again, he arrested him. |
| 5/26/2019 | 2019MM0 04735A | Aggressive panhandling on posted private property or public property | | Adjudicated Guilty | 9 | $363.00 | Arrest report unavailable. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/8/2019 | 2019MM0 05124A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 15 | $363.00 | 30 minutes prior to the incident the officer made contact with Defendant and another homeless person at a Wendys at the intersection and told them he would arrest them if they stepped into the roadway while panhandling. Later, he observed Defendant step into the roadway to accept money and promptly arrested him. |
| 6/13/2019 | 2019MM0 05263A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 4 | $263.00 | Defendant was seen at the corner holding a cardboard sign. He stepped into the left lane of the SR 417 off-ramp to solicit a passing motorist at a green light. When Defendant was receiving money from said motorist the vehicles behind could not go and were therefore impeded traffic. |
| 6/28/2019 | 2019MM0 06077A | Aggressive panhandling-Obstruct Traffic | 232.3(A) 232 | Adjudicated Guilty | 2 | $263.00 | While talking to another homeless person the officer spotted Defendant holding a sign, stepping into traffic and obstructing traffic. |
| 7/1/2019 | 2019MM0 05790A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | The officer saw Defendant standing in the westbound turn lane of McCulloch, conversing with a motorcyclist. The light turned green and the guy on the motorcycle waited several seconds before driving away and then Defendant put a cardboard sign under his shirt and walked back onto the median. |

| 8/6/2019 | 2019MM0 06824A | Aggressive Panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | Defendant was panhandling with a sign on a corner which was private property and he did not obtain permission from the owner. The officer had recognized him from previous encounters. |
| 9/18/2019 | 2019MM0 08005A | Aggressive Panhandling on posted private property or public property | 2015-5 232 | Adjudicated Guilty | 2 | $263.00 | The officer observed Defendant standing on the sidewalk of Deep Lake Rd. panhandling. He walked into the right turn lane to solicit from an SUV, which had multiple other cars behind it and they were impeded by Defendant's soliciting until he went back onto the sidewalk. Officer made contact, Defendant admitted he stepped into the roadway to solicit for money. |
| 9/30/2019 | 2019MM0 08291A | Aggressive Panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $263.00 | Defendant was holding a sign, begging for money at the intersection. The officer observed him approaching cars in the right turn lane at a red light, so the cars could've gone if he hadn't been approaching their vehicles. The officer had warned Defendant a few weeks prior and informed him of the law. |

| 10/4/2019 | 2019MM0 08450A | Aggressive Panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 2 | $363.00 | Defendant was holding a sign, requesting money at the corner of 417 and Aloma Ava. The officer observed him approach multiple cars, obstructing traffic, and causing cars behind to honk. Officer refers to Defendant as a "prolific panhandler". |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/4/2019 | 2019MM0 08451A | Aggressive Panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 27 | $363.00 | Defendant was panhandling on the center median of Alafaya Tr near the interesction at McCulloch. He was holding a sign requesting money. He approached multiple vehicles in the left turning lane even when the light turned green. The officer also referred to Defendant as a "prolific panhandler". |
| 10/4/2019 | 2019MM0 08452A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 27 | $363.00 | Defendant was observed by Investigator Rehder holding a sign at the corner of the intersection requesting money. Officer Astor observed him approach a small car and while he was grabbing something from the car the light turned green, thus causing him to obstruct traffic. Referred to as a "prolific panhandler" who has refused the officer's assistance. |

| 12/7/2019 | 2019MM0 10151A | Aggressive panhandling on public property | 2015-2 232 | Adjudicated Guilty | 11 | $363.00 | The officer observed Defendant standing on the corner with a sign soliciting money. He was seen approaching a minivan and taking money from the passenger side window. The light turned green and the traffic in front of the van started moving, which impeded the traffic behind it. |
|---|---|---|---|---|---|---|---|
| 12/23/2019 | 2019MM0 10647A | Aggressive panhandling "Traffic obstruction" | 2015-2 232 | Adjudication Withheld | N/A | $339.30 | The officer observed Defendant step into traffic at the off ramp of the 417, causing one car to stop and the following car to slow and swerve to avoid a collision. The driver of the first car quickly handed Defendant money and sped away. The officer approached Defendant and cuffed him and Defendant said he was "new to this" and didn't know the rules. He issued Defendant an NTA. |
| 1/10/2020 | 2020CO0 00059A | Aggressive panhandling on posted private property or public property | 2015-2 233 | Adjudicated Guilty | 2 | $363.00 | "[Defendant] was observed walking up to a small silver passenger car who stopped past the stopbar to donate money while the traffic light was green. [Defendant] interrupted the flow of traffic while receiving his monetary donation from the silver sedan." |

| 1/10/2020 | 2020CO0 00060A | Aggressive panhandling on posted private property or public property | 2015-2 234 | Adjudicated Guilty | 2 | $363.00 | "[Defendant was] standing at the ... corner of the intersection. walking back and forth on the side walk" "[Defendant] had a sign taped to his back which read 'Need help of any kind god bless pray for us thank you please' in an effort to elicit moneys or donations from passing motorists." "[Defendant] entered the roadway and approached a stopped vehicle in the right hand turn lane ... and accepted something from the occupant of the vehicle." "Due to [Defendant's] exchange with the stopped vehicle the vehicular traffic behind that vehicle was obstructed and unable to proceed through the intersection." |
|---|---|---|---|---|---|---|---|
| 2/12/2020 | 2020CO0 00109A | Aggressive panhandling on posted private property or public property | 2015-2 235 | Adjudication Withheld | N/A | $263.00 | "[Officer] watched [Defendant] ... walk the median asking for and receiving money and donations." "[Defendant] did in fact obstruct and impede traffic flow by engaging with a male driver of a pickup truck." |
| 3/4/2020 | 2020CO0 00145A | Aggressive panhandling on posted private property or public property | 2015-2 235 | Adjudicated Guilty | 2 | $363.00 | "[Defendant] was positioned on the center median and had a cardboard sign that read 'Homeless Hungry.' [Defendant] was standing the center median, soliciting for money created a hazardous environment for herself and the motoring public." |

| 3/14/2020 | 2020CO0 00186A | Aggressive panhandling on posted private property or public property | 2015-2 237 | Adjudicated Guilty | 2 | $363.00 | "[Defendant was] standing on the median on the west side of the intersection. [Defendant] had a cardboard sign in his hand with 'HOMELESS' written on it in black opermanent marker. [Defendant] was also in possession of a white styrofoam plate that contained food." "[Defendant] advised that the food he was eating was given to him by a motorist, which caused him to leave the median and obstruct the roadway to gain possession of it." |
|---|---|---|---|---|---|---|---|
| 3/26/2020 | 2020CO0 00209A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | N/A | $263.00 | No narrative listed. |
| 9/6/2020 | 2020CO0 00296A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | N/A | $363.00 | "[Defendant was] 'flying a sign' for assistance, walking up the off ramp ... and stepping into lanes of traffic and approaching cars." "[Defendant] was approaching a car and taking something from the driver window; which held up the car adjacent to the one being solicited effectively obstructing traffic." |

| 9/10/2020 | 2020CO0 00297A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | 12 | $313.00 | "[Officer] observed [Defendant] impeding drivers from making a left turn." |
|---|---|---|---|---|---|---|---|
| 9/19/2020 | 2020CO0 00300A | Aggressive panhandling on posted private property or public property | 2015-2 239 | Adjudicated Guilty | N/A | $339.30 | "[Defendant was] walking up and down the paved portion of the right of way, holding a sign, waving at people and accepting items from drivers when they rolled down their windows." "[Defendant] obstructed a silver car by walking up to and into the paved portion of the right-of-way to accept an item from the driver of the grey car in front." Later, "[Defendant] again held up traffic by walking into the paved portion of the right-of-way, this time holding up a red sedan while accepting items from the driver of a grey mini van." |
| 12/24/2020 | 2021CO0 00003A | Aggressive panhandling on posted private property or public property | 2015-2 232 | Adjudicated Guilty | | $377.45 | "[Defendant] was holding his sign, while sitting in his wheelchair, in the roadway. The exit ramp had a green signal and traffic was exiting. [Defendant] wheeled deeper into the roadway and conducted a transaction in the roadway, which caused traffic to be obstructed." |

| 12/27/2020 | 2020CO0 00427A | Aggressive panhandling on posted private property or public property | 2015-2 235 | Adjudicated Guilty | 5 | $439.30 | "Observed the traffic stop ... at the intersection ... due to a red light. [Defendant] stood up from the side of the roadway ... walking through the right turn lane into the straight through traffic lane of traffic where whe received an item from the passenger of a maroon van. During this transaction the traffic light turned green and the maroon van remained stationary while [Defendant] was involved in the transaction. [Defendant] remained in the lane of traffic while also impeding the flow of traffic for vehicles in the right turn lane resulting in vehicles honking their horn for her to move." |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |