**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARL FAUSTIN and
RODNEY WILSON,

    Plaintiffs,

v.                                                        Case No.: 6:24-cv-1036

SEMINOLE COUNTY, FLA.,

    Defendant.

_____

## JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

Plaintiffs filed a Motion for Preliminary Injunction on June 5, 2024 [Doc. 3], seeking to enjoin enforcement of Sections 232.3 (a), (c), (e) and (f) of the Seminole County Code of Ordinances. In lieu of a formal adjudication from the Court on the Motion for Preliminary Injunction, the parties have agreed to seek to administratively close this case, and in exchange, the County agrees not to enforce Sections 232.3 (a), (c), (e) and (f) of the Seminole County Code of Ordinances while the case is administratively closed. Within 30 days after the Eleventh Circuit issues an order on the merits or dismissing the appeal in *Scott v. City of Daytona Beach*, Case No. 23-13119-H, the parties will discuss and report to the Court as to whether to seek to re-open the case and proceed, or to reach a final resolution of all issues in the case.

WHEREFORE, the Parties respectfully request that the Court administratively close this case without prejudice to move to re-open.

Dated: July 3, 2024

Respectfully submitted,

*/s/ Todd K. Norman*
**TODD K. NORMAN**
Florida Bar No.  0062154
**LEAD COUNSEL for Defendant,**
**Seminole County, Fla.**

*/s/ Daniel Marshall*
**Daniel Marshall**, Fla. Bar. No. 617210
Dan.Marshall@southernlegal.org
LEAD COUNSEL FOR PLAINTIFFS
**Jodi Siegel**, Fla. Bar No. 511617
Jodi.Siegel@southernlegal.org
**Chelsea Dunn**, Fla. Bar No. 1013541
Chelsea.Dunn@southernlegal.org
**Southern Legal Counsel, Inc.**
1229 NW 12th Avenue
Gainesville, FL 32601-4113
(352) 271-8890

**ATTORNEYS FOR PLAINTIFFS**