UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARL FAUSTIN and RODNEY WILSON,

        Plaintiffs,

v.                              Case No:   6:24-cv-1036-CEM-LHP

SEMINOLE COUNTY, FLORIDA,

        Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFFS' MOTION TO COMPEL PRODUCTION (Doc. No. 39)**
>
> **FILED:** December 1, 2025
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Plaintiffs have filed a civil rights action under 42 U.S.C. § 1983 challenging an ordinance enacted by Defendant that prohibits panhandling in Seminole County, Florida under certain circumstances. Doc. No. 1. Discovery closes on May 1, 2026. Doc. No. 26. By the present motion, Plaintiffs seeks to compel Defendant to

produce documents in its possession, custody, and control responsive to Plaintiffs' Requests for Production Nos. 1-4, 6, and 17-20.  Doc. No. 39, at 1-2; Doc. No. 39-2. According to the motion, Defendant objected to the production of any documents in the possession of the Seminole County Sheriff's Office, but did not dispute the relevance of any such documents.  Doc. No. 39, at 1-2.

According to the motion, Defendant opposes.  *Id.*, at 3.  However, Defendant has not responded to the motion, and the time for doing so expired on or about December 8, 2025.  *See* Doc. No. 27, ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion); *see also* Fed. R. Civ. P. 6(a)(1)(C).  Accordingly, the Court deems the motion to be unopposed in all respects.  *See* Doc. No. 27, ¶ 5 (stating that failure to file a timely response will result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with Standing Discovery Order); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion."); *Bercini v. City of Orlando*, No. 6:15-cv-1921-Orl-41TBS, 2016 WL 11448993, at *2 (M.D. Fla. Sept. 28, 2016)

(granting in full unopposed motion to compel); *Daisy, Inc. v. Pollo Operations, Inc.*, No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed).

Upon review of the unopposed motion and the related discovery attached, the Court finds the motion well taken.   Accordingly, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Compel Production (Doc. No. 39) is **GRANTED**.

2. Within **fourteen (14) days** of the date of this Order, Defendant shall serve on Plaintiffs all documents in its current possession, custody, or control, including those within the possession of the Seminole County Sheriff's Office, that are responsive to Plaintiff's Requests for Production Nos. 1-4, 6, 17-20.   *See* Doc. No. 39-2.

3. All objections to the discovery at issue have been waived by the failure to timely respond to the motion to compel.   *See, e.g.*, *Jackson v. Geometrica, Inc.*, No. 3:04-cv-640-J-20HTS, 2006 WL 213860, at *1 (M.D. Fla. Jan. 27, 2006) (objections not addressed in response to a motion to compel are deemed abandoned); *Bercini*, 2016 WL 11448993, at *2 (same).

4. **Failure to comply with this Order may result in sanctions.   *See* Fed. R. Civ. P. 37(b).**[1]

---

[1] Plaintiffs do not request an award of fees or any other sanction, therefore the

- 4 -

**DONE** and **ORDERED** in Orlando, Florida on December 9, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

undersigned declines to award sanctions at this time.  *See* Fed. R. Civ. P. 37(a)(5)(A)(iii).