## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CARL FAUSTIN and RODNEY
WILSON,

      Plaintiffs,

v.

                                                 CASE NO.: 6:24-CV-1036-CEM-LHP

SEMINOLE COUNTY, FLORIDA,

      Defendant.

_____/

### PLAINTIFFS' NOTICE OF FILING
### DEPOSITION TRANSCRIPT OF CECILIA MONTI

Plaintiffs Carl Faustin and Rodney Wilson, by and through their undersigned counsel, hereby give notice of filing the following transcript of the deposition taken in this action, attached as **Exhibit 1**, in support of the Plaintiffs' Motion for Summary Judgment.

**Deposition Transcript of Cecilia Monti, dated June 10, 2026**

Dated:      August 6, 2026           */s/ Daniel Marshall*

Daniel Marshall, Fla. Bar No. 617210
Jodi Siegel, Fla. Bar No. 511617
Chelsea Dunn, Fla. Bar No. 1013541

**Southern Legal Counsel, Inc.**
1229 NW 12th Avenue
Gainesville, FL 32601-4113
Telephone: (352) 271-8890
Email: Dan.Marshall@southernlegal.org
Email: Jodi.Siegel@southernlegal.org

*Co-Counsel for Plaintiffs*

*/s/ W. Dylan Fay*

Jesse Green, Fla. Bar No. 95591
W. Dylan Fay, Fla. Bar No. 125673
Shravya Govindgari, Fla. Bar No. 1050891

**White & Case LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: jgreen@whitecase.com
Email: wfay@whitecase.com
Email: shravya.govindgari@whitecase.com

*Co-Counsel for Plaintiffs*